# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McCARTHY<br><br>    Plaintiff<br><br>v.<br><br>MARTIN RENTALS, LLC; CARLOS RAMOS dba CILANTRO'S MEXICAN GRILL; and DOES 1 THROUGH 10, Inclusive<br><br>    Defendants | Case No.: 2:16-cv-00504-WBS-EFB<br><br>ORDER GRANTING JOINT STIPULATION FOR DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFF'S COMPLAINT IN ITS ENTIRETY<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

    IT IS HEREBY ORDERED, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), that Defendants MARTIN RENTALS, LLC; CARLOS RAMOS dba CILANTRO'S MEXICAN GRILL be dismissed with prejudice from Plaintiff's Complaint and Plaintiff's Complaint be dismissed with prejudice in its entirety, Case Number 2:16-cv-00504-WBS-EFB.

**IT IS SO ORDERED.**

**Dated: May 12, 2016**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE